Opinion adopted by the Supreme Court.

### CROSBY v. STATE.
### No. 22084.

Court of Criminal Appeals of Texas.
April 29, 1942.

B. F. Patterson, of San Antonio, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for unlawfully carrying a pistol, punishment being 30 days in jail.

No statement of facts or bills of exception are found in the record. Nothing is presented for review.

The judgment is affirmed.